## JOHN O'NEIL v. THE STATE.

No. 19291. Delivered January 12, 1938.

The opinion states the case.

*Frank P. Hutchison* of Harlandale, and San Antonio, Texas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Unlawfully carrying a pistol is the offense; penalty assessed at confinement in the county jail for thirty days.

The complaint and information appear regular. The facts heard upon the trial are not brought forward for review. No complaint of the rulings of the court has been presented by bill of exception. In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.

*Affirmed.*